ANNE E. PIERONI, ESQ.
Nevada Bar No. 9650
apieroni@righthaven.com
*Counsel at Righthaven LLC*
RIGHTHAVEN LLC
9960 West Cheyenne Avenue, Suite 210
Las Vegas, Nevada 89129-7701
Tel.: (702) 527-5900
Fax: (702) 527-5909

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RIGHTHAVEN LLC, a Nevada limited-liability company,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES MARIJUANA PARTY, an entity of unknown origin and nature; and RICHARD J. RAWLINGS, an individual,<br><br>Defendants. | Case No.: 2:10-cv-01527-JCM-GWF<br><br>**NOTICE OF SETTLEMENT WITH CERTIFICATE OF SERVICE** |

PLEASE TAKE NOTICE that the parties have reached a settlement of all issues and claims, which are the subject of this action.

///

///

///

///

///

///

///

1

Plaintiff, RIGHTHAVEN LLC; Defendant, UNITED STATES MARIJUANA PARTY and Defendant, RICHARD J. RAWLINGS are in the process of entering into a written settlement agreement.  Pursuant to the anticipated terms of the settlement, this action will be dismissed with prejudice, in its entirety, following full and final execution of all obligations therein.

Dated this 11th day of March, 2011.

RIGHTHAVEN LLC


By: /s/ Anne E. Pieroni, Esq.
ANNE E. PIERONI, ESQ.
Nevada Bar No. 9650
apieroni@righthaven.com
*Counsel at Righthaven LLC*
9960 West Cheyenne Avenue, Suite 210
Las Vegas, Nevada 89129-7701
Tel.: (702) 527-5900
Fax: (702) 527-5909
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

Pursuant to Federal Rule of Civil Procedure 5(b), I hereby certify that I am an employee of Righthaven LLC and that on this 11th day of March, 2011, I caused **NOTICE OF SETTLEMENT WITH CERTIFICATE OF SERVICE** to be to be served by the Court's CM/ECF system.

By: /s/ Anne Pieroni
An Employee of Righthaven LLC
9960 West Cheyenne Avenue, Suite 210
Las Vegas, Nevada 89129-7701
Tel: (702) 527-5900