# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RIGHTHAVEN LLC, | ) |
| Plaintiff, | ) Case No. 2:10-cv-01527-JCM-GWF |
| vs. | ) **ORDER** |
| UNITED STATES MARIJUANA PARTY and RICHARD J. RAWLINGS, | ) |
| Defendants. | ) |

This matter is before the Court on the Notice of Settlement (#17) filed March 14, 2011, wherein the court was advised a settlement of this matter had been reached. To date the parties have not filed dismissal papers. Accordingly,

**IT IS ORDERED** counsel for the parties shall file a status report by **May 23, 2011** advising the Court of the status of the settlement.

DATED this 11th day of May, 2011.

GEORGE FOLEY, JR.
United States Magistrate Judge