# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RIGHTHAVEN LLC, ) | |
| Plaintiff, ) | Case No.  2:10-cv-01527-JCM-GWF |
| vs. ) | **ORDER** |
| UNITED STATES MARIJUANA PARTY ) and RICHARD J. RAWLINGS, ) | |
| Defendants. ) | |

This matter is before the Court on the Notice of Settlement (#17) filed March 14, 2011, wherein the court was advised a settlement of this matter had been reached.  The Court ordered the parties to file a status report by May 23, 2011 (#21).  To date, the parties have not filed a status report or dismissal papers.  Accordingly,

**IT IS ORDERED** counsel for the parties shall file a status report by **June 20, 2011** advising the Court of the status of the settlement.  Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 10th day of June, 2011.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge