SHAWN A. MANGANO, ESQ.
Nevada Bar No. 6730
shawn@manganolaw.com
SHAWN A. MANGANO, LTD.
9960 West Cheyenne Avenue, Suite 170
Las Vegas, Nevada 89129-7701
Tel.: (702) 304-0432
Fax: (702) 922-3851

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RIGHTHAVEN LLC, a Nevada limited-liability company,<br><br>        Plaintiff,<br>v.<br><br>UNITED STATES MARIJUANA PARTY, an entity of unknown origin and nature; and RICHARD J. RAWLINGS, an individual,<br><br>        Defendants. | Case No.: 2:10-cv-01527-JCM-GWF<br><br>**STATUS REPORT** |

      Righthaven LLC ("Righthaven"), Richard Rawlings ("Mr. Rawlings") and the United States Marijuana Party ("USMJ"; collectively with Mr. Rawlings known herein as the "Defendants")(Righthaven, Mr. Rawlings and USMJ known herein as the "Parties"), by and through their undersigned counsel, hereby submit this Status Report.

      Righthaven filed its Complaint (Doc. #1) in the above-captioned matter on September 8, 2010, and effectuated service on Mr. Rawlings on September 10, 2010. The Defendants filed their Answer (Doc. #14) on February 15, 2011.

      On March 14, 2011, Righthaven filed its Notice of Settlement (Doc. # 17) advising the Court that the Parties were in the process of entering into a written settlement agreement and further advising the Court that the matter would be dismissed with prejudice following full and

final execution of all obligations therein.  On April 26, 2011, the Parties entered into a written settlement agreement, which provided that the Defendants would pay to Righthaven one thousand dollars ($1000.00) in ten monthly payments of one hundred dollars ($100.00).  To date, the Defendants have failed to make any payments to Righthaven.

As such, the Parties intend to file a Stipulation of Voluntary Dismissal Without Prejudice on or before July 29, 2011 should the Defendants fail to comply with their settlement obligations.  Any such dismissal will enable Righthaven to seek to enforcement of the written settlement agreement in view of Defendants' material breach of its terms.

Dated this twenty-eighth day of June, 2011.

SHAWN A. MANGANO, LTD.

By: /s/ Shawn A. Mangano
SHAWN A. MANGANO, ESQ.
Nevada Bar No. 6730
shawn@manganolaw.com
9960 West Cheyenne Avenue, Suite 170
Las Vegas, Nevada  89129-7701
Tel: (702) 304-0432
Fax: (702) 922-3851

*Attorney for Plaintiff Righthaven LLC*

CHAD A. BOWERS, LTD.

By: /s/ Chad A. Bowers
CHAD A. BOWERS, ESQ.
Nevada Bar No. 7283
3202 West Charleston Blvd.
Las Vegas, Nevada 89102
Tel: (702) 457-1001

*Attorney for Defendants*