**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RIGHTHAVEN, LLC, a Nevada Limited-Liability Company, ) ) ) Plaintiff, ) ) vs. ) ) UNITED STATES MARIJUANA PARTY, an ) entity of unknown origin and nature, and ) RICHARD J. RAWLINGS, an individual, ) ) Defendants. ) ) | Case No.  2:10-cv-01527-JCM-GWF<br><br>**ORDER** |

    This matter is before the Court on the Notice of Settlement (#17) filed March 14, 2011, wherein the court was advised a settlement of this matter had been reached. To date the parties have not filed dismissal papers. Accordingly,

    **IT IS ORDERED** counsel for the parties shall file a status report by **September 21, 2011** advising the Court of the status of the settlement.

    DATED this 7th day of September, 2011.

                                                                        GEORGE FOLEY, JR.
United States Magistrate Judge