# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RIGHTHAVEN, LLC, a Nevada Limited-Liability Company, ) ) ) Plaintiff, ) ) vs. ) ) UNITED STATES MARIJUANA PARTY, an entity of unknown origin and nature, and RICHARD J. RAWLINGS, an individual, ) ) ) ) Defendants. ) | Case No.  2:10-cv-01527-JCM-GWF **ORDER** |

This matter is before the Court on the parties' failure to file a status report.  On September 7, 2011, the Court ordered that the parties file a status report by September 21, 2011, advising the Court of the status of the settlement (#28).  To date, the parties have not filed a status report or dismissal papers. Accordingly,

**IT IS ORDERED** counsel for the parties shall file a status report by **October 7, 2011** advising the Court of the status of the settlement.

DATED this 27th day of September, 2011.

GEORGE FOLEY, JR.
United States Magistrate Judge