CHAD A. BOWERS, LTD
CHAD A. BOWERS, ESQ.
Nevada State Bar No. 7283
3202 West Charleston Boulevard
Las Vegas, Nevada 89102
(702) 457-1001

Attorneys for Defendants,

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RIGHTHAVEN LLC, a Nevada Limited Liability Company, <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES MARIJUANA PARTY, an entity of unknown origin and nature, and RICHARD J. RAWLINGS, an individual <br><br> Defendants. | CASE NO.:   2:10-CV-01527-JCM-GWF <br><br> STATUS REPORT |

    Righthaven LLC, Richard Rawlings, and the United States Marijuana Party, collectively with Mr. Rawlings known herein as the Defendants by and through their undersigned counsel, submit Status Report.

    The complaint was filed in this matter on September 8, 2010 and subsequently Righthaven and Defendants entered into a written settlement agreement.   On March 14, 2011 Righthaven filed its notice with this Court of Settlement (#17).

    To date counsel for Righthaven and Defendants have had discussions regarding the status of the settlement of this complaint in response to this Court's prior orders requesting updates by September 21, 2011 and October 7, 2011.   Under the terms of the settlement agreement Defendant was obligated to make certain payments that have not been made. In light of developments in other Righthaven cases the parties originally agreed in the last status report filed on June 28, 2011 that Righthaven would dismiss this case with prejudice and seek alternative remedies to enforce the

- 1 -

1  settlement agreement.  At this time the parties counsel continue to discuss the resolution of this

2  case and request an additional 30 days to come to a resolution that will result in a dismissal.

3        Dated this 11th day of October, 2011.

4

5  CHAD A. BOWERS, LTD.[1]

6

7  By:_____/s_____

8  Chad A. Bowers, Esq.
   Nevada Bar No. 7283
9  3202 W. Charleston Blvd.
   Las Vegas, NV 89102
10 Tel: (702)806-8889

---

[1] Only counsel for the Defendant has signed this document because although Counsel for the Defendant believes this is an accurate status report he has not received permission to electronically sign the same by Righthaven's counsel.  Defendant's counsel believes that Righthaven's counsel will either join this document or submit a separate filing if this document is inaccurate.

- 2 -