SHAWN A. MANGANO, ESQ.
Nevada Bar No. 6730
shawn@manganolaw.com
SHAWN A. MANGANO, LTD.
9960 West Cheyenne Avenue, Suite 170
Las Vegas, Nevada 89129-7701
Tel.: (702) 304-0432
Fax: (702) 922-3851

*Attorney for Plaintiff Righthaven LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RIGHTHAVEN LLC, a Nevada limited-liability company,<br><br>                Plaintiff,<br>v.<br><br>UNITED STATES MARIJUANA PARTY, an entity of unknown origin and nature; and RICHARD J. RAWLINGS, an individual,<br><br>                Defendants. | Case No.: 2:10-cv-01527-JCM-GWF<br><br>**RIGHTHAVEN LLC'S JOINDER IN DEFENDANTS' STATUS REPORT** |

   Righthaven LLC ("Righthaven") hereby joins in the Status Report filed by Richard Rawlings ("Mr. Rawlings") and the United States Marijuana Party ("USMJ"; collectively with Mr. Rawlings known herein as the "Defendants").  Righthaven's counsel and the Defendants' counsel are in the process of ascertaining whether or not the Defendants intend to comply with the payment obligations required under the parties' written settlement agreement.  If Defendants refuse to honor their contractual obligations, Righthaven will elect to either declare a material breach and pursue its claims in this action or seek to enforce the payment terms set forth in the

1

settlement agreement.   Righthaven anticipates having a resolution to this impasse within the next thirty (30) days.

Dated this 11th day of October, 2011.

                        SHAWN A. MANGANO, LTD.

By:   /s/ Shawn A. Mangano
       SHAWN A. MANGANO, ESQ.
       Nevada Bar No. 6730
       shawn@manganolaw.com
       9960 West Cheyenne Avenue, Suite 170
       Las Vegas, Nevada 89129-7701

*Attorney for Plaintiff Righthaven LLC*

2

**CERTIFICATE OF SERVICE**

Pursuant to Federal Rule of Civil Procedure 5(b) and as provided for under the applicable Local Rules of Civil Practice, I certify that on this 11th day of October, 2011, I caused a true and correct copy of **PLAINTIFF RIGHTHAVEN LLC'S JOINDER IN DEFENDANTS' STATUS REPORT** to be served on all counsel properly registered and appearing in this action as listed in the Court's ECF system.

SHAWN A. MANGANO, LTD.

By: /s/ Shawn A. Mangano
SHAWN A. MANGANO, ESQ.